IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JIMMY EARL DAVIS,

    Plaintiff,

v.                                              CASE NO. 1:10-cv-00029-MP-AK

FLORIDA DEPARTMENT OF
CORRECTIONS, et al,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Plaintiff's Motion for Extension of Time to Pay Partial Filing Fee. (Doc. 10). Having considered said motion, the Court is of the opinion that it should be GRANTED, and Plaintiff shall have through April 23, 2010, to pay the initial filing fee assessed by previous Order. (See Doc. 7).

**DONE AND ORDERED** this _2nd_ day of April, 2010

                                        *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge