IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JIMMY EARL DAVIS,

    Plaintiff,

v.                                                           CASE NO. 1:10-cv-00029-MP-AK

FLORIDA DEPARTMENT OF CORRECTIONS, HASSETT,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Plaintiff's Motion for Extension of Time to File First Amended Complaint. (Doc. 18). Having considered said motion, the Court is of the opinion that it should be GRANTED, and he shall have through June 14, 2010, to file an amended complaint.

    **DONE AND ORDERED** this _13th_ day of May, 2010

                                         *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge